# CC&I

# CARMAN CALLAHAN & INGHAM, LLP

STEPHANIE L. BODEN, PARTNER
Direct Dial: 516-370-5524/Email: sboden@carmanlawteam.com

September 12, 2025

**Sent via email:** Failla_NYSDChambers@nysd.uscourts.gov
Honorable Katherine Polk Failla, U.S.D.J.
US District Court
40 Foley Square, Room 2103
New York, NY 10007



MEMO ENDORSED

      Re:  Simpkins et al v. EAN Holdings et al
         CC&I Clients: EAN Holdings, LLC and
               Gerson Jose Barahona Gomez
         Date of Loss: 8/26/23
         Index No.:  814225/2025E
         Our File No.: 001157-05918
         Claim No.:  20073071
         Docket No,:  25 CV 06642

Honorable Failla:

  This matter is scheduled for an Initial Conference on September 18, 2025. The parties jointly request an adjournment of the conference, as a settlement was verbally reached between counsel for the Plaintiffs and the claim adjuster for Defendants, pending acceptance from the Plaintiffs. However, Plaintiffs' counsel advised that he is awaiting signed Releases from his clients, so he cannot yet confirm a finalization of the settlement. In light of same, the parties request that the conference be adjourned for two weeks. If the signed Releases are received before then, we will immediately notify the Court so the Conference can be canceled.

  This is the parties' first request for an adjournment.

  Thank you for your attention to this matter.

            Regards.

            CARMAN, CALLAHAN & INGHAM, LLP

            *[signature]*

            Stephanie L. Boden, Esq.

cc: Stephen M. Cohen, Esq.
   Law Office of Cohen & Jaffe, LLP
   2001 Marcus Avenue, Suite W295
   New Hyde Park, New York 11042
   smc@cohenjaffe.com

Application GRANTED.

The initial pretrial conference scheduled for September 19, 2025, is hereby ADJOURNED to **October 3, 2025, at 10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 5.

Dated:   September 12, 2025          SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE